United States District Court
Southern District of Texas
**ENTERED**
November 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CALEB AND ELIZABETH RABON<br>*Plaintiffs,* | § § § | |
| V. | § § | CIVIL ACTION NO. 3:17-cv-00220 |
| UNITED PROPERTY & CASUALTY<br>INSURANCE COMPANY and<br>NICOLAS CEPEDA<br>*Defendants.* | § § § § § | |

### ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT NICOLAS CEPEDA

After considering Plaintiff's Notice of Dismissal of Defendant Nicolas Cepeda (Doc. No. 7), the Court GRANTS the Notice and dismisses the case as to Defendant Nicolas Cepeda without prejudice.

SIGNED at Galveston, Texas this 6th day of November 2017.

George C. Hank, Jr.
United States District Judge